


**FILED**
MAY 0 7 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24 CR 143 - GKF |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| DONQUANYAY LEMONYE LUCAS, a/k/a "Don Don," a/k/a "Mr. 150k," | [COUNT ONE: 18 U.S.C. §§ 922(o) and 924(a)(2) – Possession of a Machine Gun; COUNT TWO: 18 U.S.C. §§ 933(a)(2) and 933(b) – Firearm Trafficking; COUNT THREE: 18 U.S.C. §§ 922(n) and 924(a)(1)(D) – Receipt of a Firearm While Under Indictment for a Felony; Forfeiture Allegation: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. §§ 922(o) and 924(a)(2)]

On or about March 12, 2024, in the Northern District of Oklahoma, the defendant, **DONQUANYAY LEMONYE LUCAS**, a/k/a "Don Don," a/k/a "Mr. 150k," knowingly possessed a machinegun, that is, a Glock, Model 20, 10mm caliber fully automatic pistol, serial number CBPP099.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
**[18 U.S.C. §§ 933(a)(2) and 933(b)]**

On or about March 12, 2024, in the Northern District of Oklahoma, the defendant, **DONQUANYAY LEMONYE LUCAS**, a/k/a "Don Don," a/k/a "Mr. 150k," knowingly received from another person a firearm, that is, a Glock, Model 20, 10mm caliber semi-automatic pistol, serial number CBPP099, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the receipt of the firearm would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(2) and 933(b).

## COUNT THREE
## [18 U.S.C. §§ 922(n) and 924(a)(1)(D)]

On or about March 12, 2024, in the Northern District of Oklahoma, the defendant, **DONQUANYAY LEMONYE LUCAS**, a/k/a "Don Don," a/k/a "Mr. 150k," knowing he was then under indictment for the following crime punishable by imprisonment for a term exceeding one year:

> Assault and Battery with a Dangerous Weapon (Count One), Case No. CF-2023-0428, in the District Court of Muskogee County, State of Oklahoma,

willfully received a firearm, that is, a Glock, Model 20, 10mm caliber semi-automatic pistol, serial number CBPP099, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE ALLEGATION
[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **DONQUANYAY LEMONYE LUCAS**, a/k/a "Don Don," a/k/a "Mr. 150k," shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offenses. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Glock, Model 20, 10mm caliber fully automatic pistol, with extended magazine, serial number CBPP099; and

2. Approximately 32 rounds of Federal brand 10mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

*Mike Flesher*  
MIKE FLESHER  
Assistant United States Attorney

/s/ *Grand Jury Foreperson*  
Grand Jury Foreperson