FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-CR-143-GKF |
| | ) |
| DONQUANYAY LE'MOYNE LUCAS, | ) |
| a/k/a "Donquanyay Le'Moine Lucas," | ) |
| a/k/a "Don Don," | ) |
| a/k/a "Mr. 150k," | ) |
| | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

Now before the Court is the motion of the United States for a preliminary order of forfeiture (Dkt. # 37). Based upon defendant Donquanyay Le'Moyne Lucas's guilty plea, plea agreement, and the record, the Court finds that the motion should be granted.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), a preliminary order of forfeiture shall be entered whereby the following property is preliminarily forfeited to the United States and the forfeiture of such property shall be made part of defendant's sentence and included in the judgment:

**AMMUNITION**

Approximately 32 rounds of Federal brand 10mm caliber ammunition.

The United States shall publish notice of this Order and its intent to dispose of the property pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6). The United States shall also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in an ancillary proceeding.

Upon the entry of this Order, the United States is authorized to seize or retain custody of the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

Any person, other than defendant, asserting a legal interest in the property may, within thirty (30) days of the final publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest.

Following the Court's disposition of any petition timely filed, a final order of forfeiture shall be entered. If a third-party petition to the property is not timely filed, the preliminary order of forfeiture becomes final as provided by Fed. R. Crim. P. 32.2(c)(2), and all right, title, and interest would vest in the United States for disposition according to law.

**IT IS THEREFORE ORDERED** that, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the motion of the United States for a preliminary order of forfeiture (Dkt. # 37) is **granted**, and the referenced property is preliminarily forfeited to the United States.

**IT IS FURTHER ORDERED** that the United States shall initiate proceedings necessary to protect third-party interests, if any, pursuant to and in accordance with Rule 32.2.

**DATED** this 16th day of January, 2025.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE